EXHIBIT A

| | |
|---|---|
| 1 | |
| 2 | RICHARD ALEXANDER, Cal. Bar #48432 |
|   | JEFFREY W/ RICKARD, Cal. Bar #125180 |
| 3 | RYAN M. HAGAN, Cal Bar #200850 |
|   | ALEXANDER, HAWES & AUDET, LLP |
| 4 | 152 North Third Street, Suite 600 |
|   | San Jose, CA 95112 |
| 5 | Telephone: (408) 289-1776 |
|   | Facsimile: (408) 287-1776 |
| 6 | **Attorneys for Plaintiff(s)** |

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DON DANG FOR THIEN_LY BUU_TOA, A NON-PROFIT ORGANIZATION, | Case No.: C 03-03200 RMW |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF DON DANG DINH FOR THIEN_LY BUU_TOA, A NON-PROFIT ORGANIZATION,** |
| v. | |
| OLIN CORPORATION, et al., | |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Don Dang, individually and as authorized agent for Thien_Ly Buu_Toa, a Non-Profit Organization, and Thien_Ly Buu_Toa, a Non-Profit Organization, and Defendant Olin Corporation hereby request that

ST_LOUIS-2066187-v1-Dang - Stip. for Dismissal
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff
Don Dang for Thien_Ly Buu_Toa, a Non-Profit Organization - 1**

this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiff Don Dang, individually and as authorized agent for Thien_Ly Buu_Toa, a Non-Profit Organization, and all claims of Thien_Ly Buu_Toa, a Non-Profit Organization, as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: ~~August~~ October 31, 2005

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiff Don Dang Dinh, individually and as authorized agent for Thien_Ly Buu_Toa, a Non-Profit Organization

HUSCH & EPPENBERGER, LLC

By: _/s/ Carol A. Rutter_
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

ST_LOUIS-2066187-v1-Dang - Stip. for Dismissal

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Don Dang for Thien_Ly Buu_Toa, a Non-Profit Organization - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DON DANG FOR THIEN_LY BUU_TOA, A NON-PROFIT ORGANIZATION,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-03200 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF DON DANG DINH, INDIVIDUALLY AND AS AUTHORIZED AGENT FOR THIEN_LY BUU_TOA, A NON-PROFIT ORGANIZATION** |

THIS MATTER coming on the motion of Plaintiff Don Dang Dinh, individually and as authorized agent for Thien_Ly Buu_Toa, a Non-Profit Organization, and Thien_Ly Buu_Toa, a Non-Profit Organization, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiff Don Dang Dinh, individually and as authorized agent for Thien_Ly Buu_Toa, a Non-Profit Organization, and the claims of Thien_Ly Buu_Toa, a Non-Profit Organization, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

DATED: 7/27/06            /s/ Ronald M. Whyte